SAM MORRISON, Claimant *vs.* ILLINOIS EMERGENCY RELIEF COMMISSION, Respondent.

*Opinion filed June 8, 1936.*

'ADVISORY OPINION.

*Per Curiam:*

Based upon the foregoing statement of facts, and pursuant to the provisions of the Workmen's Compensation Act of this State, we are of the opinion that the claimant is entitled to receive the sum of Thirty Three Dollars ($33.00) from any funds held by the Illinois Emergency Relief Commission for the payment of such claims.